USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATARINO MANUEL PEREZ, on behalf of himself, FLSA Collective Plaintiffs and the Class,

Plaintiff,

-against-

86/2 RESTAURANT LLC d/b/a GRACIE'S DINER, et al.,

Defendants.

25-CV-10248 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

In light of Plaintiff's filing of a Second Amended Complaint, *see* Dkt. No. 28, Defendants' motion to dismiss at Dkt. No. 27 is hereby DENIED as moot without prejudice to refiling or renewing.

Pursuant to the Court's Individual Rule II(B)(6), by no later than **September 25, 2026**, Defendants must (1) answer the Amended Complaint; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss and proposing a briefing schedule for the motion, preferably on consent. If Defendants choose to file a supplemental motion to dismiss, it must be filed using the Motion to Dismiss ECF filing event and may incorporate by reference any portions of the briefing, declarations, or exhibits filed with their original motion to dismiss. Any such supplemental briefing may not exceed five double-spaced pages. If Defendants choose to file a new or supplemental motion to dismiss in response to the Second Amended Complaint, Plaintiff may not file a third amended complaint without prior leave of Court.

SO ORDERED.

Dated: September 14, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge