LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

September 29, 2026

**Via ECF**
The Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

Re: *Perez v. 86/2 Restaurant LLC et al*
Case No.: 1:25-cv-10248

Dear Judge Garnett:

We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants (i) to inform the Court that the parties have agreed to pursue a global resolution with a private mediator and (ii) to request that this matter be stayed for 90 days as the parties attempt resolution. The parties are conferring regarding the selection of a mediator and scheduling of the mediation and will provide the Court with the mediation date by October 20, 2026.

In view of the foregoing, the parties respectfully request that the Court (i) stay all discovery deadlines, and (ii) hold in abeyance all filed motions, including Defendants' Motion to Dismiss, Defendant Georgios Kantaris' Motion to Compel Arbitration, Defendants' Letter Motion, and Plaintiff's Letter Motion. (Dkt. Nos. 32, 34-36).

This is the parties' first request to stay any deadlines in this matter. We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

GRANTED. In light of the parties' representation that they are pursuing private mediation to resolve this matter, this case is hereby STAYED until further order of this Court. All discovery deadlines and all pending motions are held in abeyance. It is further ORDERED that the parties shall file a letter advising the Court of the mediation date by **October 20, 2026**.

The Clerk of Court is respectfully directed to mark this case STAYED.

SO ORDERED. Dated October 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE